IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 3:11-md-2244-K |
| This document relates to: | ) ) | Civil Action No.: _____ |
| CRYSTAL RUEB, | ) ) | NOTICE OF RELATED CASE |
| Plaintiff, v. DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; and DOES 1-10, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, Crystal Rueb, asserts that this case is related to 3:11-md-2244-K (*In re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*) which is currently pending before Judge Ed Kinkeade.

Dated this 1st day of April 2015.

                        Respectfully submitted,

                        *s/Seth A. Katz*
                        Seth A. Katz
                        Peter W. Burg
                        **BURG SIMPSON**
                        **ELDREDGE HERSH & JARDINE, P.C.**
                        40 Inverness Drive East
                        Englewood, CO 80112
                        Tel: (303) 792-5595
                        Fax: (303) 708-0527
                        *skatz@burgsimpson.com*
                        *pburg@burgsimpson.com*

*Attorneys for Plaintiff,*
CRYSTAL RUEB